ALERT: DUE TO THE FLOODING FROM HURRICANE FLORENCE, MANY POST OFFIC…

# USPS Tracking®

**FAQs ⟩ (http://faq.usps.com/?articleId=220900)**

## Track Another Package +

**Tracking Number:** 9414726699042966650911

Remove ✕

**Expected Delivery on**

**FRIDAY**

**31** AUGUST 2018 ⓘ │ by **8:00pm** ⓘ

Feedback

## ☑ Delivered

August 31, 2018 at 12:01 pm
Delivered, Left with Individual
CHARDON, OH 44024

**Get Updates** ⌄

---

**Text & Email Updates**                                            ⌄

---

**Tracking History**                                                ⌄

---

**Product Information**                                             ⌄

---

**See Less** ⌃

Case: 2:18-cv-00953-MHW-EPD Doc #: 10 Filed: 09/18/18 Page: 2 of 2  PAGEID #: 45

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (http://faq.usps.com/?articleId=220900)**

Feedback

**The easiest tracking number is the one you don't have to know.**

With Informed Delivery®, you never have to type in another tracking number. Sign up to:

• See images* of incoming mail.

• Automatically track the packages you're expecting.

• Set up email and text alerts so you don't need to enter tracking numbers.

• Enter USPS Delivery Instructions™ for your mail carrier.

**Sign Up**

**(https://reg.usps.com/entreg/RegistrationAction_input?**

*NOTE: Black and white (grayscale) images show the outside, front of letter-sized
envelopes and mailpieces that are processed through USPS automated equipment.
**app=UspsTools&appURL=https%**