**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| AMERICA'S FLOOR SOURCE, LLC | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO.  2:18-cv-953 |
| | ) | |
| v. | ) | JUDGE WATSON |
| | ) | |
| RITE RUG CO. | ) | MAG. JUDGE DEAVERS |
| | ) | |
| Defendant. | ) | |

**STIPULATED PERMANENT INJUNCTION AND ORDER OF DIMSISSAL**

Plaintiff America's Floor Source ("America's Floor Source") and Defendant Rite Rug Co. ("Rite Rug") (collectively, the "Parties"), wishing to avoid the expense, uncertainty and other burdens of litigation, have entered into an agreement settling their dispute and hereby stipulate to the entry of this Stipulated Permanent Injunction and Order of Dismissal.

According to their settlement agreement, the Parties stipulate as follows:

1.      The Court has jurisdiction over the Parties and the subject matter at issue in this action and venue properly lies within this Court.

2.      The Parties waive the entry of findings of fact and conclusions of law in this Action pursuant to Fed. R. Civ. P. 52, except as to the facts stipulated to below.

3.      America's Floor Source is the owner of the service mark "Our Showroom to Your Living Room" registered with the United States Patent and Trademark Office as U.S. Registration Nos. 5,069,756 and 4,913,152 (the "Marks").

4.      The Marks are valid and distinctive, and are owned by America's Floor Source.

5.      In or about July of 2018, Rite Rug began a multimedia advertising campaign which utilized the phrase "From the Showroom to Your Living Room" (the "Infringing Advertisements").

1

6.     On August 24, 2018, America's Floor Source brought this Action against Rite Rug for infringement of the Marks pursuant to the Lanham Act, 15 U.S.C. § 1114 and 1125(a), for common law trademark infringement, and for violation of the Ohio Deceptive Trade Practices Act.

7.     Entry of a permanent injunction will achieve the purpose of the Lanham Act and Ohio common law related to trademark infringement.

8.     **Permanent Injunction.**  Rite Rug along with its directors, principals, officers, agents, servants, employees, representatives, successors and assigns, and all those persons or entities acting in concert or participation with them, shall be and hereby are PERMANENTLY ENJOINED and restrained from using, in any media and any channels of advertising, distribution or sale anywhere in the world, including without limitation on print advertising, in-store displays, social media and Internet advertising:

   a.  The Infringing Advertisements; and

   b.  America's Floor Source's Mark and any substantially similar variations thereof.

9.     **Future Claims Unaffected.**  Nothing in this Stipulated Permanent Injunction and Order of Dismissal precludes the Parties from asserting any claims or rights that arise after entry of this Stipulated Permanent Injunction and Order of Dismissal.

10.     **Fed. R. Civ. P. 65.**  This Stipulated Permanent Injunction applies to and binds all parties who are in active concert or participation with Rite Rug as provided in Fed. R. Civ. P. 65(d). Rite Rug waives any objection under Fed. R. Civ. P. 65.

11.     **Survival.** This Stipulated Permanent Injunction and Order of Dismissal shall bind Rite Rug, its corporate affiliates, successors, assignees, officers, directors, employees, agents, servants, representatives, shareholders.

12.     **Waiver of Appeal.** America's Floor Source and Rite Rug waive any right to appeal of the entry of this Stipulated Permanent Injunction and Order of Dismissal.

13.     **Dismissal.** America's Floor Source's claims against Rite Rug are hereby dismissed with prejudice, each Party to pay their own costs and fees. The Court shall retain jurisdiction to enforce this Stipulated Injunction and Order of Dismissal.

**IT IS SO ORDERED.**

Date: 1/17, 2019

_____
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT

**WE SO STIPULATE and agree to abide by the terms of this Order.**

3

*/s/ Victor Radel per 1/16/19 email authority*
Victor D. Radel (0075293)
**THRASHER, DINSMORE & DOLAN, LPA**
1111 Superior Avenue, Suite 412
Cleveland, OH 44114
216.255.5431
216.255.5450 *facsimile*
vradel@tddlaw.com

*Counsel for Defendant,*
*Rite Rug Co.*

*/s/ John M. Kuhl*
John M. Kuhl (0080966)
   Trial Attorney
Joseph R. Miller (0068463)
**VORYS, SATER, SEYMOUR AND PEASE LLP**
52 E. Gay Street
Columbus, OH 43215
614. 464.6400
614. 464.6350 *facsimile*
jrmiller@vorys.com
jmkuhl@vorys.com

Jessica Knopp Cunning (0089165)
**VORYS, SATER, SEYMOUR AND PEASE LLP**
106 S. Main Street, Suite 1100
Akron, OH 44308
330.208.1000
330.208.1001 *facsimile*
jkcunning@vorys.com

*Counsel for Plaintiff,*
*America's Floor Source, LLC*

4